In re:  Case No. 14-16246-jps

Deborah M Waid  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1     User: ejone     Page 1 of 2

Date Rcvd: Oct 06, 2021     Form ID: 189     Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah M Waid, 3318 Priscilla Avenue, Cleveland, OH 44134-4237 |
| acc | + | Brian Greene, Colagiovanni and Greene, 7840 Mayfield Road, Chesterland, OH 44026-2421 |
| cr | ++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154 address filed with court:, Green Tree Servicing LLC, Payment Processing, PO Box 94710, Palatine, IL 60094-4710 |
| 26926934 | + | Brian R. Greene, Colagiovanni & Greene, 7840 Mayfield Road, Chesterland, Ohio 44026-2421 |
| 23297957 | + | Cuyahoga County Fiscal Officer, 1910 Carnegie Avenue, Cleveland, OH 44115-2334 |
| 23297960 | + | Healthspan Physicians LLC, 12301 Snow Road, Attn: Patient Accounts Dept., Cleveland, OH 44130-1002 |
| 23297962 | + | Law Office of Richard Clark, PLLC, 3030 Gessner, Suite 200, Houston, TX 77063-3733 |
| 23297964 | + | Rachel J. Mason, 5181 Natorp Blvd., Suite 202, P. O. Box 498367, Cincinnati, OH 45249-7367 |
| 23297966 | + | Woods Cove II, LLC, P. O. Box 7055, Beverly Hills, CA 90212-7055 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23297952 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2021 20:43:10 | Cach Llc/Square Two Financial, Attention: Bankruptcy, 4340 South Monaco St. 2nd Floor, Denver, CO 80237-3485 |
| 23297953 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 06 2021 20:43:12 | Capital 1 Bank, Attn: Bankruptcy Dept., Po Box 30285, Salt Lake City, UT 84130-0285 |
| 23435685 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 06 2021 20:43:08 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 23297954 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 06 2021 20:43:15 | Capital One, N.A., P. O. Box 85167, Richmond, VA 23285-5167 |
| 23297955 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 06 2021 20:43:13 | Citimortgage Inc, Po Box 9438,dept 0251, Gaithersburg, MD 20898-9438 |
| 23665671 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 06 2021 20:43:17 | Citimortgage, Inc., 1000 Technology Drive, O'Fallen, MO 63368-2240 |
| 23297956 | + | Email/Text: Bankruptcy_Unit@clevelandwater.com | Oct 06 2021 20:27:00 | City of Cleveland Division of Water, 1201 Lakeside Avenue, Cleveland, OH 44114-1100 |
| 23370065 | | Email/Text: mrdiscen@discover.com | Oct 06 2021 20:27:00 | Discover Bank, DB Servicing Corporation, PO Box 3025, New Albany, OH 43054-3025 |
| 23297958 | + | Email/Text: mrdiscen@discover.com | Oct 06 2021 20:27:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 23297959 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Oct 06 2021 20:27:00 | Fifth Third Bank, Fifth Third Bank Bankrupt. Dept., 1830 East Paris Ave., Grand Rapids, MI 49546-8803 |
| 23297961 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 06 2021 20:27:00 | IRS, Centralized Insolvency Operation, P. O. Box 21126, Philadelphia, PA 19114 |
| 23297963 | | Email/Text: Bankruptcy_Unit@clevelandwater.com | Oct 06 2021 20:27:00 | Northeast Ohio Regional Sewer Distr, P. O. Box |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | 94550, Cleveland, OH 44101-4550 |
| 23297965 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 06 2021 20:43:17 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Woods Cove II, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Alan J Treinish | on behalf of Trustee Alan J. Treinish alan@treinishlpa.com atreinish@ecf.axosfs.com |
| Alan J. Treinish | alan@treinishlpa.com atreinish@ecf.axosfs.com |
| Amy M Blythe | on behalf of Creditor Woods Cove II LLC bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com |
| Amy M. Blythe | on behalf of Creditor Woods Cove II LLC bankruptcy@carlisle-law.com |
| Derrick Rippy ust11 | derrick.v.rippy@usdoj.gov |
| Derrick Rippy ust11 | on behalf of U.S. Trustee Derrick Rippy ust11 derrick.v.rippy@usdoj.gov |
| Leslie A Weiss | on behalf of Debtor Deborah M Waid halberglaw@netlink.net whalberg@netlink.net;weisslr95125@notify.bestcase.com |
| Robert D. Barr | on behalf of Trustee Alan J. Treinish rbarr@koehler.law syackly@koehler.law |
| Robert D. Barr | on behalf of Plaintiff Alan J. Treinish rbarr@koehler.law syackly@koehler.law |

TOTAL: 9

Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 14−16246−jps**

**In re:**
Deborah M Waid
3318 Priscilla Avenue
Cleveland, OH 44134

**Social Security No.:**
xxx−xx−4828

### NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE AND OF HEARING ON APPLICATIONS FOR COMPENSATION

**To the Creditors and Parties in Interest:**

The final report(s) and accounts of the trustee in this case having been filed, notice is hereby given that there will be no hearing held on the Final Report and Account of the Trustee unless an objection is filed with the court, C/O the Clerk's office:

United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

Within 28 days of the date of this notice, creditors may be heard before the applications are determined, if any objection is filed. **The account of the Trustee shows:**

**Total Receipts** $ 77,008.78  **Total Disbursements** $ 3,845.58  **Balance on Hand** $ 73,163.20

In addition to expense of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividend to general creditors. Claims have been allowed and classified as follows:

**Secured Claims** $ 0  **Priority Claims** $ 0  **Unsecured Claims** $ 19,045.16

The following applications for compensation have been filed
(creditors may be heard before the applications are determined).

| Applicant | Commission or Fees | Expenses |
|---|---|---|
| Alan Treinish, Trustee | $2,903.14 | $13.75 |
| Robert Barr, Trustee's Counsel | $3,450.00 | |
| Brian Greene, Accountant | $988.75 | |

(If appropriate): The trustee has filed a notice of intent to abandon the following property:

**Any objections to said abandonment shall be filed with the clerk no later than seven (7) days prior to the hearing. If no objections are filed, the property shall be deemed abandoned without further order of the court.**

**Dated:** October 6, 2021
Form ohnb189

For the Court
Josiah C. Sell, Clerk