UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: ) CASE NO. 14-16246
)
DEBORAH WAID ) CHAPTER 7
)
) JUDGE: JESSICA PRICE SMITH
Debtor )

**TRANSMITTAL OF UNCLAIMED FUNDS**

Alan J. Treinish, Trustee of this Estate, reports the following:

Ninety days have passed since the Final Distribution was made in this case. A Stop Payment has been issued on the following checks:

AXOS Account No. 7551500001560

1/5/22 Check No. 2012 payable to DEBORAH WAID, C/O LESLIE WEISS 198 E. AURORA RD. SR 82, NORTHFIELD, OH 44067 in the amount of $47,962.24

Your Trustee's Check(s) 2013 in the above total amount payable to the Clerk of the United States Bankruptcy Court is being electronically transmitted through ACH Direct Debit this date.

Date: April 12, 2022        /s/ Alan J. Treinish
                            ALAN J. TREINISH, Trustee